CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date: January 22, 2016

Check No. 2134493

Check Amount: $1,506.00

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-44282-R | 00029 | JAN PATRICK & SAUNDRA GAIL MITCHELL | 15 | 8101 | 1,200.00 | 306.00 | 1,506.00 |
| | | Original check written to: WINGATE HOA C/O SVI MANAGEMENT CORP. 9625 WENDELL DALLAS, TX 75243 | | | | | |
| | | | **TOTALS** | | **$1,200.00** | **$306.00** | **$1,506.00** |